IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JEFFREY GIUTTARI SNARKE, PRO SE,<br>TDCJ-CID No. 1755420<br>Gray County ID No. 080118,<br><br>Plaintiff,<br><br>v.<br><br>CINDY BARKLEY, ET AL.,<br><br>Defendants. | 2:11-CV-0249 |

## ORDER WITHDRAWING REPORT AND RECOMMENDATION

On December 13, 2011 the Court issued a Report and Recommendation in the above-referenced and numbered cause by which it was recommended the instant cause be administratively closed until completion of the criminal proceedings against plaintiff.

It appears plaintiff's status has changed and those criminal proceedings have reached completion.

For the reasons set forth above, the December 13, 2011 Report and Recommendation is WITHDRAWN.

IT IS SO ORDERED.

ENTERED this 27th day of January, 2012.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE